# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

**ELECTRONIC CRIMINAL COMPLAINT**

*v.*

*CHRIS BEGAY, JR.*

CASE NUMBER: 19 - 04160 mJ-001-PCT-CDB

I, <u>DUSM William C. McAvoy</u>, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about June 24, 2019, in the District of Arizona, the defendant, **CHRIS BEGAY, JR.**, did escape from custody under and by virtue of process issued under the laws of the United States by a court and judge, specifically from a sentence and judgment issued by United States District Court Judge John J. Tuchi in the United States District Court for the District of Arizona in Case No. CR-18-08072-001-PCT-JJT, where the defendant was sentenced to a term of imprisonment of 166 months to be served concurrently with the term of imprisonment in Navajo District Court in cases DY-CR-000073-2018 and DY-CR-000075-2018, all in violation of Title 18, United States Code, Section 751(a).

I further state that I am a Deputy United States Marshal, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:　　☒　Yes　　☐　No

REVIEWED BY: */s AUSA Paul V. Stearns*

　X　　Pursuant to 28 U.S.C. § 1746(2), I declare
　　　　that the foregoing is true and correct.

<u>William C. McAvoy, Deputy U.S. Marshal</u>
Complainant's Name and Title

<u>　　　　　　　　　　　　　　　　　</u>
Complainant's Signature　　　　　　Date

6-25-19

✓ Sworn by Telephone

June 25, 2019 (w) 1:45pm
Date/Time

<u>Flagstaff, Arizona</u>
City and State

<u>Camille D. Bibles, U.S. Magistrate Judge</u>
Name & Title of Judicial Office

<u>　　　　　　　　　　　　　　　　　</u>
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, <u>DUSM William McAvoy</u>, state the following under oath:

1.      Your affiant, William C. McAvoy, is a United States Deputy U.S. Marshal (DUSM) and is currently assigned in Flagstaff, Arizona. Your affiant has training and experience in (among other things) fugitive apprehension cases.   Your affiant has been a DUSM for over six years and a law enforcement officer for over 20 years.

2.      This affidavit is based on the investigation, observations, and/or experience of your affiant, as well as the investigations, observations, and/or experiences of the other law enforcement officers and/or witnesses including those described in this affidavit.   Because this affidavit is being made to establish probable cause, your affiant has not listed every fact known regarding this investigation.

3.      On or about March 14, 2018, Chris Begay, Jr. (Begay) was indicted for various violent felony charges in the United States District Court for the District of Arizona in Case No. CR-18-08072-001-PCT-JJT.   (Case No. CR-18-08072-001-PCT-JJT, Doc. 1.)

4.      On or about May 2, 2018, United States Magistrate Judge John Z. Boyle signed a Writ of Habeas Corpus Ad Prosequendum in Case No. CR-18-08072-001-PCT-JJT.   The writ states that Begay was to be held within the jurisdiction of the

United States District Court for the District of Arizona "pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to the Navajo Nation DOC-Kayenta Facility unless otherwise ordered by the Court."   (Case No. CR-18-08072-001-PCT-JJT, Doc. 62.)

5.     On or about April 1, 2019, Begay was sentenced to a term of imprisonment of 166 months in the United States District Court for the District of Arizona in Case No. CR-18-08072-001-PCT-JJT by United States District Court Judge John J. Tuchi. (Case No. CR-18-08072-001-PCT-JJT, Doc. 56.)   That judgment states, in pertinent part, "This term shall be served concurrently to the term of imprisonment imposed in the Navajo District Court cases DY-CR-000073-2018 and DY-CR-000075-2018."   (*Id.*)

6.     After being sentenced in federal court, and after the entry of the judgment from the United States District Court in Case No. CR-18-08072-001-PCT-JJT, Begay was transported back to the Navajo Nation to begin his sentence on or about May 24, 2019.   A federal detainer was also lodged with the Navajo Nation, a copy which is attached hereto as Exhibit 1.

7.     On or about the late evening of June 24, 2019, Begay escaped from custody from the Kayenta Adult Corrections Facility in Kayenta, Arizona, which a facility on and run by the Navajo Nation Indian Tribe.   In that regard:

a.     On or about June 25, 2019, at approximately 7:08 a.m., DUSM Traistaru was contacted via telephone by Navajo Criminal Investigator (CI) Reeder

2

Nez.  CI Nez indicated that on June 24, 2019, at approximately 11:30 p.m., while Begay was in the custody of the Navajo Detention Center in Kayenta, Arizona, Begay was permitted to empty the garbage.  While doing so, Begay escaped and fled from the Navajo Detention Center.

b.      DUSM Traistaru contacted Navajo CI Clinton Gilbert who stated he was currently looking into the whereabouts of Begay.  CI Gilbert stated a Corrections Officer overheard Begay say a few days prior to his escape that he would try to see his infant son that he has not seen in a year once he fled the Detention Center.  Begay's current whereabouts are unknown.

8.      Based on the foregoing, your affiant believes that Chris Begay, Jr. has violated federal law, 18 U.S.C. § 751(a), and requests an arrest warrant.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____          _____
William C. McAvoy, DUSM                              Executed on (Date)  6-25-2019


___✓___  Sworn by Telephone


Date/Time:  June 25, 2019 @ 1:45 pm

_____
Camille D. Bibles
United States Magistrate Judge

3

*Exhibit 1*



**U.S. Department of Justice**
**United States Marshals Service**

# DETAINER
## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal
ARIZONA
*(District)*

401 W. Washington St, Ste 270
Phoenix, AZ 85003

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Navajo Nation DOC Kayenta

POC: Prisoner Operations Division
602-382-8768

DATE: 04/08/19

SUBJECT: BEGAY, Jr., Chris

AKA:

DOB/SSN: ___/96; FBI# ___ PT__6X

REF. #

USMS #: ___408

CR #: CR-18-08072-001-PCT-JJT

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the _____ District of ARIZONA _____ has issued a Judgment and Commitment Order against the subject. The attached **Judgment and Commitment Order** commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

IT IS THE JUDGMENT OF THIS COURT THAT the defendant is committed to the custody of the Bureau of Prisons for a term of ONE HUNDRED SIXTY-SIX (166) MONTHS, with credit for time served. This term shall be served concurrently to the term of imprisonment imposed in Navajo District Court cases DY-CR-000073-2018 and DY-CR-000075-2018.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject, for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

| RECEIPT | |
|---|---|
| Date: | 5/24/19 |
| Signed: | *Marjorie Benally* |
| By: | Marjorie Benally |
| Title: | Correction Sergeant |

Very truly yours,

NANCY VALDEZ *Digitally signed by NANCY VALDEZ Date: 2019.04.08 12:54:49 -07'00'*

(Signature)

David P. Gonzales
U.S. Marshal

Requested by: _____

Form USM-16B
Rev 04/05

06-19-017348